IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHAKIRA REID, | |
| Plaintiff, | |
| vs. | CIVIL ACTION FILE NO. 1:16-cv-02515-CAP |
| WERNER ENTERPRISES, INC. AND PETER NYHUIS, | |
| Defendants. | |

## NOTICE TO TAKE DEPOSITION OF PLAINTIFF

**TO: ALL COUNSEL OF RECORD**

PLEASE TAKE NOTICE that at **10:00 a.m. (EST)** on **January 24, 2017**, in the offices of Lashgari & Associates, 2470 Windy Hill Road, Suite 214, Marietta, GA 30067, the Defendants in the above-styled action will, pursuant to Fed. R. Civ. P. Rule 30, proceed to take the deposition of SHAKIRA REID upon oral examination before an officer authorized by law to administer oaths for the purposes of discovery and any other purpose allowed under the Federal Rules of Civil Procedure. The deposition will be recorded by stenographic means.

You are hereby invited to attend.

s/ GRANT B. SMITH
Georgia Bar No. 658345
s/ BRENT M. ESTES
Georgia Bar No. 250605
For the Firm

Attorney for Defendants
DENNIS, CORRY, PORTER & SMITH, L.L.P.
3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305-4611
Telephone:      (404) 365-0102
Facsimile:      (404) 365-0134

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2016, I electronically filed **NOTICE TO TAKE DEPOSITION OF PLAINTIFF** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

David T. Lashgari, Esq.
Lashgari & Associates
2470 Windy Hill Road
Suite 214
Marietta, GA  30067-8625


                                                           s/ BRENT M. ESTES
                                                           For the Firm

DENNIS, CORRY, PORTER & SMITH, L.L.P.
3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305-4611
Telephone:  (404) 365-0102
Facsimile:   (404) 365-0134
Email:         JSigman@dcplaw.com

THIS IS TO CERTIFY that, pursuant to LR 5.1B, NDGa., the above document was prepared in Times New Roman, 14 pt.
508-12840 (GBS)