IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHAKIRA REID,<br><br>  Plaintiff,<br><br>vs.<br><br>WERNER ENTERPRISES, INC.<br>AND PETER NYHUIS,<br><br>  Defendants. | CIVIL ACTION FILE<br>NO. 1:16-cv-02515-CAP |

## FIRST AMENDED NOTICE TO TAKE DEPOSITION OF PLAINTIFF

**TO:** David T. Lashgari, Esq.
Lashgari & Associates
2470 Windy Hill Road, Suite 214
Marietta, GA  30067-8625

PLEASE TAKE NOTICE that at **10:00 a.m. (EST)** on **February 2, 2017**, in the offices of Lashgari & Associates, 2470 Windy Hill Road, Suite 214, Marietta, GA  30067, the Defendants in the above-styled action will, pursuant to Fed. R. Civ. P. Rule 30, proceed to take the deposition of SHAKIRA REID upon oral examination before an officer authorized by law to administer oaths for the purposes of discovery and any other purpose allowed under the Federal Rules of Civil Procedure.  The deposition will be recorded by stenographic means.

You are hereby invited to attend.

s/ GRANT B. SMITH
Georgia Bar No. 658345
s/ BRENT M. ESTES
Georgia Bar No. 250605
For the Firm
Attorney for Defendants
DENNIS, CORRY, PORTER & SMITH, L.L.P.
3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305-4611
Telephone:    (404) 365-0102
Facsimile:    (404) 365-0134

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2017, I electronically filed **FIRST AMENDED NOTICE TO TAKE DEPOSITION OF PLAINTIFF** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    David T. Lashgari, Esq.
    Lashgari & Associates
    2470 Windy Hill Road
    Suite 214
    Marietta, GA  30067-8625

                                        s/ BRENT M. ESTES
                                        For the Firm

DENNIS, CORRY, PORTER & SMITH, L.L.P.
3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305-4611
Telephone:  (404) 365-0102
Facsimile:   (404) 365-0134
Email:         JSigman@dcplaw.com

THIS IS TO CERTIFY that, pursuant to LR 5.1B, NDGa., the above document was prepared in Times New Roman, 14 pt.
508-12840 (GBS)