```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

| | |
|---|---|
| SHAKIRA REID, | |
|     Plaintiff, | |
| v. | CIVIL ACTION<br>FILE NO.: 1:16-cv-02515-CAP |
| WERNER ENTERPRISES, INC. AND<br>PETER NYHUIS, | |
|     Defendants. | |

### DEFENDANTS' SECOND EXPERT WITNESS DISCLOSURE

Defendants Werner Enterprises, Inc. and Peter Nyhuis file their second expert witness disclosure to identify as a testifying expert witness David J. Gower, M.D., F.A.C.S., Piedmont Physician Group, Piedmont Mountainside Hospital, Jasper, Georgia 30143 (706-299-2300). Attached with this disclosure is Gower's CV as <u>Exhibit 1</u>, list of testimony as <u>Exhibit 2</u>, signed, written report as <u>Exhibit 3</u>, and fee schedule at <u>Exhibit 4</u>.

                                            DENNIS, CORRY, SMITH & DIXON, LLP

                                        By: *s/ Brent M. Estes*
                                             BRENT M. ESTES, ESQ.
                                             Georgia Bar No. 250605
                                             For the Firm
                                             Attorneys for Defendants

```
900 Circle 75 Parkway
Suite 1400
Atlanta, Georgia 30339
(404) 365-0102
```

Gbs@dcplaw.com
bestes@dcplaw.com

-2-

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2017, I electronically filed **DEFENDANTS' SECOND EXPERT WITNESS DISCLOSURE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> David T. Lashgari, Esq.
> Lashgari & Associates
> 2470 Windy Hill Road
> Suite 214
> Marietta, GA  30067-8625

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

          *s/ Brent M. Estes*
          BRENT M. ESTES, ESQ.
          For the Firm