## CURRICULUM VITAE
*David J. Gower, M.D., F.A.C.S.*

**Residence**

PO Box 2200
Jasper, GA  30143
Telephone:

**Office**

Piedmont Physician Group
Piedmont Mountainside Hospital
Jasper, GA  30143
Telephone: 706-299-2300
Fax: 706-299-2302

**Personal Data**

| | |
|---|---|
| Birth Place: | Milwaukee, Wisconsin |
| Birth Date: | October 21, 1956 |
| Citizenship: | United States |
| Marital Status: | Married  1980 |
| Spouse's Name: | Verlia Cole Gower, MD |
| Spouse's Occupation: | Pediatric Otolaryngology, Retired |

**Licensure**

North Carolina, #26661  December 1982  Active
Oklahoma, #16448  May 1988  Inactive
Georgia, #38235  April 1994  Active
Certified - American Board of Neurological Surgery,
Nov. 1991 #91111

**Education**

**Medical School**

University of Florida
College of Medicine
Gainesville, Florida
M.D. 1981

**Undergraduate**

University of Florida
Gainesville, Florida
B.A.-1977

**Postgraduate Training**

**Residency**

1982-1988
Department of Neurosurgery
North Carolina Baptist Hospital
Winston-Salem, North Carolina

**Fellowship**

1984-1985
Research Fellow, Department of Anatomy
Bowman Gray School of Medicine
Winston-Salem, North Carolina

**Internship**

1981-1982
Department of General Surgery
North Carolina Baptist Hospital
Winston-Salem, North Carolin



EXHIBIT
1

Curriculum Vitae

David J. Gower, M.D.
**Professional Appointments**

| | |
|---|---|
| **Adjunct Assoc. Professor, Anatomy** | **1993-1995**<br>Bowman Gray School of Medicine<br>Winston-Salem, N.C. |
| **Adjunct Asst. Professor, Anatomy** | **1988 - 1993**<br>University of Oklahoma<br>College of Medicine<br>Oklahoma City, Oklahoma |
| **Assistant Professor, Neurosurgery** | **1988 - 1993**<br>University of Oklahoma<br>College of Medicine<br>Oklahoma City, Oklahoma |

**Medical Practice**

| | |
|---|---|
| **July 1988-March 1993** | **University of Oklahoma**<br>Section on Neurosurgery<br>PO Box 26901 OUHSC<br>Oklahoma City, OK  27190<br>405-271-4912 |
| **March 1993-May 1994** | **Winston Neurological and**<br>**Spinal Surgery Assoc.**<br>3333#107 Brookview Hills Med. Center<br>Winston-Salem, NC  27103<br>910-769-1775 |
| **May 1994- December 2004** | **Northwest Neurosurgical Associates**<br>3834 Austell Rd.,  Suite B<br>Marietta, GA  30008<br>(770) 944-9330 |
| **January 2005 – December 2010** | **Gower Neurosurgical, Inc**<br>975 Johnson Ferry Road, Suite 220<br>Atlanta, GA  30342<br>(404) 943-1227 |
| **January 2011 - December 2016** | **Peachtree Neurosurgery/Polaris Spine**<br>**and Neurosurgery, Inc**<br>1150 East Hammond Drive Suite  400<br>Atlanta, GA  30342<br>(404) 256-2633 |
| **January 2017 - Present** | **Piedmont Physician Group**<br>620 J.L.White Drive<br>Suite 140<br>Jasper, GA  30143 |

2

Curriculum Vitae

David J. Gower, M.D.
**Professional Organizations/Affiliations**

>American Association of Neurological Surgeons 1986 - Present
>Fellow, American College of Surgeons 1993 - Present

**Grants**

>Oklahoma Center for Science and Technology, PI, 1988
>Bowman Gray Intramural Grant, PI, 1987
>Elsberg Foundation Fellowship, PI, 1987
>Bowman Gray Intramural Grant, Co-PI, 1984
>Southern Medical Association Grant, PI, 1984

**Patents**

>US Patent No. 07/680,209 "Method of treatment with HSP70"

**Honors**

>Eagle Scout
>Phi Beta Kappa
>Phi Kappa Phi
>Co-President Senior Medical Class, 1981

**Publications**

Gower DJ, McGuirt FW: Intracranial complications of ear disease - a problem still with us. Laryngoscope 93:1028-1033, 1983.

Gower, DJ, Lewis JC, Kelly DL: Sterile shunt malfunction - a scanning EM perspective. J. Neurosurg. 61:1079-1084, 1984.

Gower DJ, McGuirt FW, Kelly DL: Intracranial complications of ear disease in a pediatric population - special emphasis on subdural empyema/effusion. South. Med. J. 78:429-434, 1985.

Gower DJ, Davis CH Jr: Home ventilator dependance following high cervical cord injury. South. Med. J. 78:1010-1011, 1985.Gower

DJ, Tytell M: A simplified procedure for evaluation and storage of isoelectric focusing gels prior to second-dimension electrophoresis. Electrophoresis 6:296-298, 1985.

Gower DJ, Tytell M: Slow axonal protein transport and axoplasmic organization. J. Neurol. Sci. 72:11-18, 1986.

Gower DJ, Crone KR, Alexander EA, Kelly DL: Candida albicans shunt infection: report of two cases. Neurosurgery 19:111-113, 1986.

Gower DJ, Lewis JC, Kelly DL Jr: Sterile shunt malfunction: a scanning electron microscopic perspective. In: Matsumoto S, Sata K, Shizuo O (eds.): Annual Review of Hydrocephalus, Vol. III. Tokyo, Japan: Neuron Publishing Co., 1985, pp. 92-93.

Gower DJ, Barrows AA, Pegram S, Kelly DL: Gram negative meningitis in the adult. Review of 39 cases. South. Med. J. 79:12 1499-1502, 1986.

Gower DJ, Gower VC, Richardson SH, Kelly DL: Reduced bacterial adhesion to silicon plastic neurosurgical prosthesis. Pediatric Neuroscience 12:127-133, 1986.

Gower DJ, Tytell M: Synaptosomal protein modification by RNA-dependent post-translational aminoacylation. J. Neurochem. 47:389-395, 1986.

3

Curriculum Vitae

David J. Gower, M.D.

Kirkpatrick J, Gower DJ, Kelly DL Jr, Chauvenet A:  Subgaleal hematomas in Children. Child Develop. Ped. Neurol. 28:506-514, 1986.

Scottile FD, Marrie TJ, Prough DS, Hobgood CD, Gower DJ, Webb LX, Costerton JW, Gristina AG:  Nosocomial pulmonary infection:  possible etiological significance of bacterial adhesion to endotracheal tubes. Critical Care Medicine 14:4 265-270, 1986.

Gower DJ, Culp PJ, Ball J:  Lateral spine radiographs and complications of lumbar disc surgery. Surg. Neurol. 27:316-318, 1987.

Gower DJ, Lewis JC, McWhorter JM, Davis CH:  The carotid plaque as a source of emboli in humans. Neurosurgery 20:362-368, 1987.

Gower DJ, Baker WF, Ball MR, Kelly DL Jr:  Contraindications to lumbar puncture as defined by computed tomography. Neurology, Neurosurgery and Psychiatry 50:1071-1074, 1987.

Gower DJ, Tytell M:  Axonal transport of clathrin associated proteins. Brain Research 407:1-8, 1987.

Gower DJ, Gower VC, McWhorter JM, Richardson SH:  Removal of adherent bacteria from shunt tubing. Surgical Forum, 1987.

Gower DJ, Lewis JC, McWhorter JM, Davis CH:  The carotid plaque as a source of emboli in human. In: Bergan J, Yao J, (Eds):  Year Book of Vascular Surgery, Chicago, IL, Yearbook Medical Publishers 1988, pp 120.

Lee KS, Gower DJ, McWhorter JM:  The role of MRI in diagnosis and treatment of anterior sacral meningocele. J Neurosurgery 69:628-632, 1988.

Gower DJ, Lee KS, McWhorter JM:  The role of subtemporal decompression in control of post-traumatic increased intracranial pressure. Neurosurgery:23(4):417-423, 1988.

Gower DJ, Hollman C, Lee KS, Tytell M:  In situ fixation of the spinal cord using microwave radiation. J. Neurosurg:69(5):719-722, 1988.

Gower DJ, Gower VC:  An ounce of prevention, "Infected Ommaya Reservoirs", (letter to the editor). Neurosurgery 22(6):1116, 1988.

Gower DJ, Curling OD, Alexander E Jr. Diastematomyelia:  a 40-year experience. Pediatric Neuroscience 14:90-96 1988.

Lee KS, Gower DJ:  Aneurysm of the superficial temporal artery. Neurosurgery 23(4):499-501, 1988.

Barbe MF, Tytell M, Gower DJ, Welch W:  Hyperthermia Protects Against Light Damage in the Rat Retina. Science 241:1817-1820, 1988.

Gower DJ, Hollman C, Lee KS, Tytell M.:  Spinal cord injury and the stress protein response. J. Neurosurgery 70:605-611, 1989.

Tytell M, Barbe MF, Gower DJ:  Photo receptor protection from light damage by hyperthermia. Inherited and Environmentally Induced Retinal Degenerations, M.L. LaVail, ed., Alan R. Liss. New York, 1989.

Gower DJ: Image Guided Stereotaxic Surgery. Oklahoma State Medical Journal Vol. 82:265-268, 1989.

Curriculum Vitae

David J. Gower, M.D.

Lee KS, Gower DJ, McWhorter JM: Surgical repair of Aneurysms of PICA.- A clinical Series  Surgical Neurology 31:85-91, 1989.

Curling OD, Gower DJ, Tytell M, Kelly DL: Hyperthermic Preconditioning Improves Recovery from Concussive Spinal Cord Trauma in Rats. Surgical Forum 40:480-483, 1989.

Tytell M, Barbe MF, Gower DJ: Photoreceptor protection from light damage by hyperthermia. Prog. Clin. Biol. Res. 314:523-38  1989

Gower DJ, Pollay M, Shuman R, Brumbeck R: Cystic optic glioma  Neurosurgery 26: 133-137 1990.

Gower DJ, The Pediatric Spine: A view through clearer glasses. (Editorial) J. Child Neurology 5:2-3 1990.

Curling OD, Gower DJ, Lee KS, McWhorter JM:  Changing trends in spinal epidural abscess:  a report of 29 cases. Neurosurgery 27:185-192 1990.

Gower DJ, Horton D, Pollay M:  Shunt related brain abscess and ascending shunt infection. J. Child Neurology 5:318-320 1990.

Neely JG, Thompson AM, Gower, DJ:  Detection and localization of heat shock protein 70 in the normal guinea pig cochlea. Hearing Research 52:403-406, 1991.

O'Steen WK, Bare DJ, Tytell M, Morris M, Gower DJ:  Water deprivation protects photoreceptors against light damage. Brain Res  534:99-105, 1990.

Gower, DJ: Shunting of post-traumatic syrinx. Neurosurgical Operative Atlas. Eds. S. Rengachary  Williams and Wilkins Co. 1991

Gower DJ, McMedicine  (AMA News August 26, 1991).

Gower DJ, Calloway ER: The Rearview Halo  J. Neurosurgery 75:340 1991.

Gower DJ, Brumbeck R, Tytle T: Endostoma (bone island) of the Spine. Neurosurgery 30:608-9 1992

Gower DJ, Pollay M: Adverse Postoperative Complications of Posterior Fossa Surgery (Surgical Complications, In press).

Gower DJ:  Head Trauma. Pediatric Emergency Care Eds. J.S. Surprue  Andover Medical Publishers, Stoneham MA  1993 pp.143-156

Gower DJ, Watson D, Harper, D:  e-PTFE Ventricular Catheters Neurosurgery 31:1132-35  1992

Gower DJ, Pollay M, Leach R: Pediatric Syringomyelia  Pediatric Neuroscience
J. Child Neurology  6(1) 14-21  1994

Gower DJ, Engles C, Friedman E: Thoracic intraspinal lipoma. Br. J. Neurosurgery 8:761-64 1994.

5

Curriculum Vitae

David J. Gower, M.D.
**Practice Situations for David J. Gower, MD FACS**

**July 1988 to March 1993**

University of Oklahoma Health Science Center
Section on Neurosurgery
PO Box 26901 OUHSC
Oklahoma City, OK  27190
Phone:  405-271-4912

Associates:

Michael Pollay, MD (retired)
Bruce Pendleton, MD  (Enid, Oklahoma)
Don Horton, MD (Univ. of Oklahoma)
Mary Gummerlock, MD (Univ. of Oklahoma)

Hospitals:

| | |
|---|---|
| Oklahoma Memorial Hospital | Active |
| Children's Hospital of Oklahoma | Active |
| Veterans Hospital | Active |
| Presbyterian Hospital | Courtesy |

**March 1993 to May 1994**

Winston Neurological and Spinal Surgery Associates PA
3333 Brookview Hills Medical Center
Suite 107
Winston-Salem, NC  27103
Phone: 910-768-1775

Associates:

O. Del Curling, MD

Hospitals:

Forsyth Memorial Hospital  Winston-Salem NC
Iredale Memorial Hospital  Statesville, NC  28687

**May 1994 to December 31, 2010**

Northwest Neurosurgical Associates/Gower Neurosurgical, Inc. (solo practice)
975 Johnson Ferry Road
Suite 220
Atlanta, GA  30342
404-943-1227

Associates:

Michael Fleming, MD – Retired
Lance Perling, MD - Resigned

Hospitals:

| | |
|---|---|
| Cobb Hospital, Austell Road, Marietta GA | Courtesy |
| St. Joseph's Hospital, Atlanta, GA | Active |
| Chief of Neurosurgery | |
| Emory Eastside Hospital, Snellville, GA | Courtesy |

6

Curriculum Vitae

David J. Gower, M.D.

**Locum Tenens Situations**: 2009 - 2010

     East Carolina Medical School
     Pitt County Hospital
     Locumtenens.com

**January 1, 2011  to January 1, 2017**

     Peachtree Neurosurgery/Polaris Spine and Neurosurgery
     1150 E Hammond Drive
     Suite 400
     Atlanta, GA  3032
     404-256-2633

Associates:

     Max Steuer, MD
     Chris Tomaras, MD
     Tom Morrison, MD
     Kevin Hsieh, MD – Resigned
     Raymond Walkup, MD

Hospitals:

     Northside Atlanta -- Resigned
     Northside Forsyth -- Resigned
     Northside Cherokee -- Resigned
     Emory St. Joseph's Hospital -- Resigned
     Piedmont Hospital  -- Call Coverage

**May 30, 2013 to January 1, 2017**
     National Disaster Medical Service -  Federal Intermittent Employee - Resigned

**January 1, 2017 to present**

     Piedmont Physician Group
     Piedmont Mountainside Hospital - Active
     Jasper, Georgia  30143

Associates    None

Hospitals:    Piedmont Mountainside Hospital