| 2014 | Deposition Testimony in Ricky Watts and Sandra Watts v Peter Harvey MD  Superior Court of Fayett County, Ga  Civil File Action No 2010V-1603  Medical Malpractice |
| 2014 | Trial Testimony in Ricky Watts and Sandra Watts v Peter Harvey MD  Superior Court of Fayette County, Ga  Civil File Action No 2010V-1603  Medical Malpractice |
| 2015 | Carl Frett and Davene Frett v Medtronic Sofabor Danke USA and Kenneth  Stuart Lee, MD  Medical Malpractice Expert Deposition Testimony  North  Carolina Superior Court 13 CVS70 |
| 2016 | Herbert Armistead  v Cowan Systems and Travelers Property Casualty  Company of America  Deposition Testimony  State Board of Workmans  Compensation  Claim # 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 |
| 2016 | McDaniel VS Hoover Foods Inc, Wendy's International, LLC and John Does  1-3  State court of Gwinnett County, Civil Action 14C01962-2Deposition  Testimony as Expert |
| 2017 | Sandra Hewett VS BiLO LLC, Lee Harris, Patricia Lynn Carpenter and John  Does #2-5  State Court of Georgia Cobb County  Civil Action 15A12021  Expert Testimony |
| 2017 | Ed Lonzo Amith v Lummus Supply Company  State Court of Georgia  Deposition Testimony as an Expert  Civil Action No 14EV002675D |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |



EXHIBIT
tabbies®
2