July 21, 2017
RE Shakira Reed v Werner Enterprises, Inc
File  508-12840 (GBS)
Civil Action 1:16-cv-02515-CAP

I was asked by Mr Brent Estes at Dennis, Corry, Smith and Dixon to review on Ms Shakira Reed concerning a motor vehicle collision that occurred May 25, 2014. The records I have reviewed include:
- Accident report and photographs
- The Plaintiff's responses to the Defendants' Interrogatories
- The Plaintiff's deposition
- Repair shop estimates for damage repair
- Medical records for the plaintiff that include
    - Dr. Richard Schuyler DC
    - Dr. Jiminez MD
    - Dr. Thomas Federico
    - Veronica Edwards DPT
    - Dr Amukamara MD  Family Medical Center
- Walmart Pharmacy Records

I have reviewed the actual images from the MRI of cervical spine and lumbar spine 4/20/2015.

Findings:
1. The imaging studies of the lumbar spine demonstrate degenerative change at the L5S1 disc without significant herniation or pathology.
2. The MRI scan of the cervical spine demonstrates minor spur formation involving the c34, c45 and c56 levels without cord or nerve root involvement
3. There is no documentation of objective neurological changes consistent with injury
4. The patient has undergone an extensive course of Chiropractic therapy of approximately 49 sessions
5. The patient has undergone extensive physical therapy of approximately 50 sessions.
6. The patient has undergone 4 cervical epidural injections and two lumbar epidural injections without demonstrable reduction in complaints
7. The patient had an EMG which was normal

Opinions:
There are no pathological findings on the MRI of Cervical or Lumbar spine examinations
Examinations by the patients doctors document no evidence of abnormal neurologic examination or evidence of injury
In two years of multiple injections and approximately 100 visits for conservative treatment there is no demonstrated improvement.
I find no evidence of actual injury only complaints of pain.
It is unclear what role secondary gain plays in the continuation of these complaints.

7-21-2017

David Gower, MD FACS

EXHIBIT
3