# Bright Star Medical Review LLC
## Invoice

Date:

Client:

Please Remit to:
    Bright Star Medical Review, LLC
    PO Box 2200
    Jasper, Georgia  30143

| Date | Service Code | Description | Charge |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | Total | $0.00 |

| Charge Code | Price per unit | Description of service |
|---|---|---|
| 1 | $1200 | Review of Medical records including oral or typed written report |
| 2 | $300 | Review of additional records or films provided after the initial review is completed and preparation of addendum. |
| 3 | $500/first hour or portion of an hour | Meeting with person/group requesting the review to discuss opinions, review data or films or deposition preparation. |
| 4 | $125/each additional quarter hour | Additional time for person/group meeting |
| 5 | $1000/first hour or portion of an hour | Deposition time with or without video |
| 6 | $250/each additional quarter hour | Additional deposition time. |



EXHIBIT 4