IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHAKIRA REID, | |
|     Plaintiff, | |
| v. | CIVIL ACTION<br>FILE NO.:  1:16-cv-02515-CAP |
| WERNER ENTERPRISES, INC. AND PETER NYHUIS, | |
|     Defendants. | |

## NOTICE TO TAKE VIDEOTAPED EVIDENTIARY DEPOSITION

TO:  ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that at **11:00 a.m. EST** on **August 20, 2018**, in the offices of **Dennis, Corry, Smith & Dixon, LLP, 900 Circle 75 Parkway, Suite 1400, Atlanta, Georgia 30339**, the Defendants in the above-styled action will, pursuant to Fed. R. Civ. P. Rule 30, proceed to take the deposition of **David J. Gower, M.D.** upon oral examination before an officer authorized by law to administer oaths for the purposes for use in evidence in lieu of appearance at trial, purposes of discovery and any other purpose allowed under the Federal Rules of Civil Procedure.  The deposition will be recorded by stenographic and video-graphic means.

-1-

-2-

You are hereby invited to attend.

                                          DENNIS CORRY SMITH & DIXON, LLP

                                          By: /s/ *Grant B. Smith, Esq.*
                                              GRANT B. SMITH, ESQ.
                                              Georgia Bar No.: 658345

                                          By: /s/ *Brent M. Estes, Esq.*
                                              BRENT M. ESTES, ESQ.
                                              Georgia Bar No.: 250605
                                              Attorneys for Defendants

900 Circle 75 Parkway, Suite 1400
Atlanta, Georgia 30339
Tel: (404) 365-0102
Fax: (404) 365-0134
Gbs@dcplaw.com
Bestes@dcplaw.com

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2018, I electronically filed **NOTICE TO TAKE VIDEOTAPED EVIDENTIARY DEPOSITION** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

David T. Lashgari, Esq.
Lashgari & Associates
2470 Windy Hill Road
Suite 214
Marietta, GA  30067-8625

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

NONE.

/s/ *Brent M. Estes, Esq.*
Georgia Bar No. 250605
For the Firm
Attorney for Defendants

THIS IS TO CERTIFY that, pursuant to LR 5.1B, NDGa., the above document was prepared in Times New Roman, 14 pt.

508-12840(GBS)